William J. WELLS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41611.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Gregory P. Robinson, Fayette, for appellant.

William L. Webster, Atty. Gen., Ronald L. Jurgeson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and
LOWENSTEIN and BERREY, JJ.

PER CURIAM.

ORDER

Appeal from denial of Rule 24.035 motion for post-conviction relief.

Affirmed. Rule 84.16(b).

James K. BETTS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41660.

Missouri Court of Appeals,
Western District.

July 25, 1989.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
MANFORD and ULRICH, JJ.

ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).